UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Kent Gardner<br><br>   Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC, et. al.<br><br>   Defendant. | Case No.: 2:21-cv-01186-LA<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Kent Gardner, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Equifax Information Services, LLC as to all claims in this action, with prejudice.

  Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

  (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

//
//
//
//

1

Case 2:21-cv-01186-LA   Filed 11/22/21   Page 1 of 2   Document 16
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

Defendant Equifax Information Services, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: November 22, 2021	Gale, Angelo, Johnson, & Pruett, P.C.

By:    */s/ Elliot Gale*
       Elliot Gale
Elliot Gale (Bar #1119904)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorney for Plaintiff
Kent Gardner