UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KENT GARDNER,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br><br>    Defendants. | Case No. 2:21-cv-01186-LA<br><br>**STIPULATION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Plaintiff Kent Gardner and Defendant Experian Information Solutions, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss all claims in this action as to Experian Information Solutions, Inc., with prejudice, each party to bear its own attorneys' fees and costs.

Dated: October 20, 2022

| | |
|---|---|
| */s/ Elliot Gale*<br>Elliot Gale<br>**GALE, ANGELO, JOHNSON,**<br>**& PRUETT, P.C.**<br>1430 Blue Oaks Blvd., Suite 250<br>Roseville, CA 95747<br>Telephone: (916) 290-7778<br>Facsimile: (415) 675-8112<br>Email: egale@gajplaw.com | */s/ Tanya M. Salman*<br>Tanya M. Salman<br>**MICHAEL BEST & FRIEDRICH LLP**<br>1 S. Pinckney St., Ste. 700<br>Madison, WI 5373<br>Telephone: (608) 283-0122<br>Email: tmsalman@michaelbest.com |